IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN LECHER ZAPATA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　Defendants, | 4:25CV3187<br><br>MOTION TO SUBSTITUTE ATTORNEY |

Defendants United States of America and Veterans Administration Affairs moves the Court to substitute Amanda Phillips Brown, Assistant United States Attorney, as counsel for the United States of America and Veterans Administration Affairs, replacing Christopher L. Ferretti, Assistant United States Attorney, who is no longer assigned to this case.

Please direct all future filings to the undersigned.

　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA AND
　　　　　　　　　　　　　　　　VETERANS ADMINISTRATION AFFAIRS,
　　　　　　　　　　　　　　　　Defendants

　　　　　　　　　　　　　　　　LESLEY A. WOODS
　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　District of Nebraska

　　　　　　　　　By:　　s/ Amanda Phillips Brown
　　　　　　　　　　　　　AMANDA PHILLIPS BROWN, #24526
　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　1620 Dodge Street, Suite 1400
　　　　　　　　　　　　　Omaha, NE  68102-1506
　　　　　　　　　　　　　Tel:  (402) 661-3700
　　　　　　　　　　　　　Fax:  (402) 661-3081
　　　　　　　　　　　　　E-mail:  amanda.brown2@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on January 21, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants. I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants:

    John Lecher Zapata
    6601 Old Dominion Road
    Lincoln, NE 68516

                                        s/ Amanda Phillips Brown
                                        Assistant U.S. Attorney